UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTORIA DICKS, *on behalf of herself and all others similarly situated*,

Plaintiff,

-v-

AZEERA, INC.,

Defendant.

22-CV-8174 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Plaintiff filed a complaint on September 23, 2022.  (ECF No. 1.)  Defendant was served on April 18, 2024, and a response to the complaint was due by May 9, 2024.  (ECF No. 5.) Defendant has not entered an appearance, however, and no response to the complaint has been filed.  Plaintiff has not moved for a default judgment.

Plaintiff is directed to notify the Court whether it intends to move for default judgment, or if it has received any communication from Defendant or Defendant's counsel regarding a response to the complaint.

If Plaintiff fails by June 20, 2024 to either (1) file a letter concerning the status of the case, or (2) move for default judgment against Defendant, the action may be dismissed for failure to prosecute.

Plaintiff is directed to serve a copy of this order by mail on Defendant.

SO ORDERED.

Dated: May 29, 2024
       New York, New York

_____
             J. PAUL OETKEN
        United States District Judge